OPINION — AG — THE DEPARTMENT OF MENTAL HEALTH ACTING AS THE OKLAHOMA ALCOHOL PREVENTATION, TRAINING, TREATMENT AND REHABILITATION AUTHORITY, AND THE DEPARTMENT OF MENTAL HEALTH ITSELF IS SUBJECT TO THE PROVISIONS OF THE ADMINISTRATIVE PROCEDURE ACT, 75 O.S. 1978 Supp., 301 [75-301], IN THE FILING OF RULES, AND THE DEPARTMENT OF MENTAL HEALTH MUST COMPLY WITH THE FILING REQUIREMENTS OF 75 O.S. 1978 Supp., 304 [75-304] IN PROMULGATING RULES WHICH AFFECT PUBLIC RIGHTS. CITE: 68 O.S. 1974 Supp., 2109 [68-2109], 75 O.S. 1978 Supp., 308 [75-308] (RULES AND REGULATIONS, ADMINISTRATIVE PROCEDURE) (WILLIAM W. GORDEN JR) 75 O.S. 301 [75-301](1)